```
Charles Shamash, Esq. ( CA SBN 178110)
Joseph E. Caceres, Esq. (CA SBN 169164)
Caceres & Shamash, LLP
8200 Wilshire Boulevard, Suite 400
Beverly Hills, CA  90211
Tel:  (310) 205-3400
Fax:  (310) 878-8308

Attorney for Debtor(s):  Donald Davies
```



UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>DONALD DAVIES, individually, and DOES 1 through 20.<br><br>Defendants. | Civil Action No. C-10-1583 RSM<br><br>NOTICE OF BANKRUPTCY AND AUTOMATIC STAY.<br><br><br>10-CV-01583-STIP |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, TO THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL AND TO THE OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on *October 31, 2010, Donald Davies* filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Central District of California and that as reflected in the attached certified copy of the petition, the Case Number assigned

--NOTICE OF BANKRUPTCY AND AUTOMATIC STAY-- -1-

to the case is **_1:10-bk-23817-GM._** Attached hereto as Exhibit A is a copy of the Notice of Bankruptcy Case Filing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. 362(a) the filing of a bankruptcy petition acts as an automatic stay and injunction against any of the following acts:

(a) The commencement or continuation, including the issuance or employment of the process, of a judicial, administrative, or other action proceeding against the debtor that was or could have been commenced before the commencement of the case, or recover a claim against the debtor that arose before the commencement of the case;

(b) The enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case;

(c) Any act to obtain possession of the property of the estate or of property from the estate or to exercise control over property of the estate;

(d) Any act to create, perfect, or enforce any lien against property of the estate;

(e) Any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secured a claim that arose before the commencement of the case;

(f) Any act to collect, assess, or recover a claim against the debtor arose before the commencement of the case;

(g) The setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(h) The commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

PLEASE TAKE FURTHER NOTICE that anyone wishing to file a claim may do so by filing a claim in writing with the United States Bankruptcy Court for the Central District of California, 300 North Los Angeles Street, Bankruptcy Court Clerk's Office, First Floor, Los Angeles, California 90012.

Date: November 1, 2010    Respectfully Submitted,
CACERES & SHAMASH, LLP

By: _____
Charles Shamash, Esq.
Joseph E. Caceres, Esq.
Attorneys for Debtor

United States Bankruptcy Court
Central District Of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/31/2010 at 4:27 PM and filed on 10/31/2010.

**Donald Davies**
5737 Manton Avenue
Woodland Hills, CA 91367
SSN / ITIN: xxx-xx-5276

**Pamela Monroe Davies**
5737 Manton Avenue
Woodland Hills, CA 91367
SSN / ITIN: xxx-xx-7929



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Charles Shamash**<br>Caceres & Shamash LLP<br>8200 Wilshire Blvd Ste 400<br>Beverly Hills, CA 90211<br>310-205-3400 | **David R Hagen (TR)**<br>6320 Canoga Avenue, Suite 1400<br><br>Woodland Hills, CA 91367<br>(818) 992-1940 |

The case was assigned case number 1:10-bk-23817-GM to Judge Geraldine Mund.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 21041 Burbank Blvd,, Woodland Hills, CA 91367-6603.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

                                                        **Kathleen J. Campbell**
                                                        **Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA - COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, state of California, in the Office of the Unites States Trustee under the supervision of a member of the bar of this Court at whose direction the service hereinafter described was made; I am over the age of 18 and not a party to the within action; and my business address is: 221 North Figueroa Street, Suite 800, Los Angeles, California 90012.

On November 1, 2010, I served the foregoing document described as: **NOTICE OF BANKRUPTCY AND AUTOMATIC STAY** on the interested parties at their last known address in the action via facsimile at (209) 839-4300, and by placing a true and correct copy thereof in a sealed envelope with sufficient postage thereon full prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Mark Parris, Esq.
Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2010

Roshni Gandhi